IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

VS.                                        CASE NO. 14-CV-1018

$14,202.67 IN UNITED STATES
CURRENCY                                                                                DEFENDANT

## ORDER

Before the Court is the Plaintiff's Motion for Stay of Proceedings. (ECF No. 12). The Defendant has not responded. The Plaintiff seeks a stay of this matter, stating that a stay is needed in order protect a related, pending federal criminal investigation of which the Claimant in this case is the subject. Upon consideration, the Court is satisfied that good cause for the motion has been shown.

Accordingly, the motion should be and hereby is GRANTED. This civil forfeiture proceeding should be and hereby is stayed and administratively terminated until such time that the criminal matter is concluded, subject to being reopened on motion of any party.

**IT IS SO ORDERED**, this 22nd day of October, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge