IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                    Case No. 1:14-cv-01018

$14,202.67 IN U.S. CURRENCY                                                              DEFENDANT

## ORDER

Before the Court is the Motion to Dismiss filed by Plaintiff, the United States of America. (ECF No. 16). Plaintiff and Defendant have reached an agreement to settle Plaintiff's claims in this matter, and Plaintiff asks the Court to dismiss its claims without prejudice. Pursuant to Federal Rule of Civil Procedure 41(a)(2), an action may be dismissed by court order on terms that the Court considers proper.

Accordingly, the above styled case is hereby **DISMISSED WITHOUT PREJUDICE** subject to the terms of the parties' agreement. The court retains jurisdiction to vacate this order and to reopen this action upon cause shown that further litigation is necessary.

**IT IS SO ORDERED**, this 29th day of May, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge